BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
 fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
 achang@bottinilaw.com
Yury A. Kolesnikov (SBN 271173)
 ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAINT PAULUS LUTHERAN CHURCH and HEDDI N. CUNDLE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. _____<br><br>Class Action<br><br>**Declaration of Heddi N. Cundle** |

I, Heddi N. Cundle, declare as follows:

1. I am one of the plaintiffs in the above-captioned action, which asserts a claim against Zoom Video Communications, Inc. ("Zoom") under the California Consumers Legal Remedies Act ("CLRA"), CAL. CIV. CODE §§ 1750 et seq. In compliance with the CLRA, CAL. CIV. CODE § 1780(d), I make this declaration based on my personal knowledge and my counsel's investigation.

2. Venue in this District, which presides over the County of Santa Clara, is proper because, as alleged in the complaint and based on my counsel's investigation:

- Zoom maintains its principal place of business in San Jose, within the County of Santa Clara;
- Zoom regularly transacts business in the County of Santa Clara;
- many of the events and transactions giving rise to this action, including the CLRA claim, occurred in the County of Santa Clara; and
- upon information and belief, some Zoom users who are members of the class reside in the County of Santa Clara.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2020, in San Francisco, California.

_____
Heddi N. Cundle

-1-
Declaration of Heddi N. Cundle